**UNITED STATES of AMERICA,
Appellee,**

v.

**Chim LO VAN, also known
as Monkey, Appellant.**

No. 00–3288.

United States Court of Appeals,
Eighth Circuit.

Submitted June 7, 2001.

Decided June 12, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Chim Lo Van appeals the 100–month sentence the district court[1] imposed after he pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). Lo Van argues his sentence violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).

Having carefully reviewed the record, we conclude the district court did not err in sentencing Lo Van, as his sentence did not exceed the statutory maximum prison term for possessing with intent to distribute an unspecified amount of methamphetamine. *See* 21 U.S.C. § 841(b)(1)(C); *United States v. Aguayo–Delgado,* 220 F.3d 926, 933 (8th Cir.), *cert. denied,* —— U.S. ——, 121 S.Ct. 600, 148 L.Ed.2d 513 (2000).

Accordingly, we affirm.

---

1. The HONORABLE LAWRENCE L. PIERSOL, Chief Judge, United States District Court for the District of South Dakota.